IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KATHERINE BETH, et al                                              PLAINTIFFS

vs.                          NO.  1:10-cv-00024 JEG-JWC

DOLGENCORP LLC                                                     DEFENDANT

## ORDER

The discovery cutoff in these cases is approximately two and one half months away (June 15, 2011).  Counsel are reminded that the agreed deadlines are firm, and are requested to file a short status report by April 11, 2011, which should include the current status of discovery, whether any problems have arisen and whether discovery is far enough along in any particular cases that settlement discussions would be appropriate.

IT IS SO ORDERED this 25th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE