IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KATHERINE BETH, et al                                                                          PLAINTIFFS

vs.                                   NO.  1:10-cv-00024 JEG-JWC

DOLGENCORP LLC                                                                                   DEFENDANT

ORDER

The parties have filed a joint motion for stay, or continuance, of all deadlines in these cases (**doc. 47**).  They state that Defendant intends to file a motion for summary judgment as to the claim of Plaintiff Melvin Ely, and that a ruling on that motion would be instructive as to the disposition of all remaining cases.  The Court agrees that the suggested procedure is likely to avoid unnecessary expense and delay, and **grants** the motion.

Defendant is to file the motion for summary judgment no later than the close of business on July 6, 2011.  All deadlines previously set are stayed for sixty (60) days following the Court's ruling on the motion for summary judgment.  After the Court has ruled on the motion for summary judgment, the parties may move for further adjustment of deadlines, if necessary, in light of the posture of the case at that time.

IT IS SO ORDERED this 16th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE